# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIN WILCOX AND CONNIE SLINGBAUM, on behalf of themselves and all others similarly situated, | : : : : |
| Plaintiffs, | : Case No.: 1:23-cv-02364-SAG : |
| v. | : : |
| MARKETPRO SOUTH, INC. d/b/a MARKETPRO HOMEBUYERS, | : : : |
| Defendant. | : : |

## MOTION OF DEFENDANT, MARKETPRO SOUTH, INC., d/b/a MARKETPRO HOMEBUYERS, TO EXCLUDE THE EXPERT REPORT AND ANTICIPATED TESTIMONY OF JEFFREY ROTHBART

Defendant, MarketPro South, Inc., d/b/a MarketPro Homebuyers ("MarketPro"), by counsel, hereby moves to exclude the expert report and anticipated testimony of Jeffrey Rothbart, pursuant to Federal Rules of Evidence 401, 702, and 704, and *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993).

This Motion is supported by the accompanying Memorandum of Law with Exhibits. A proposed order is also included.

Date: September 9, 2024

                                                                                      Respectfully submitted:

                                                                                      */s/ Walter Buzzetta*
                                                                                      Walter J. Buzzetta (No. 20825)
                                                                                      Stradley Ronon Stevens & Young, LLP
                                                                                      2000 K Street, N.W., Suite 700
                                                                                      Washington, DC 20006
                                                                                      (202) 507-6407
                                                                                      wbuzzetta@stradley.com

                                                                                      and

Eric M. Hurwitz (No. 18829)
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
(856) 321-2400
ehurwitz@stradley.com

*Counsel for Defendant, MarketPro South, Inc., d/b/a MarketPro Homebuyers*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I caused the foregoing, along with the accompanying Memorandum of Law and proposed Order, to be served on all counsel of record via this Court's electronic filing system.

*/s/ Walter Buzzetta*
Walter J. Buzzetta, Esq.